## Patricia Ann Sayad, Plaintiff-Appellee, Respondent, v. John Sayad, Defendant-Appellant, Petitioner.

### Gen. No. 11,296.

Second District, Second Division.

October 17, 1960.

John Sayad, of Chicago, pro se;
John A. Bell, of Rock Island, for appellee. Opinion PER CURIAM.
Not to be published in full.